THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY S. WINTERKAMP, Respondent, against JOSEPH L. MATT et al., Constituting the Board of Assessors of the City of Utica, et al., Appellants. (1940 Roll.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY S. WINTERKAMP, Respondent, against BOYD E. GOLDER et al., Constituting the Board of Assessors of the City of Utica, et al., Appellants. (1941 Roll.)

Argued February 24, 1942; decided April 16, 1942.

*Bartle Gorman,* Corporation Counsel (*M. Francis Malone* of counsel), for appellants.

*Leonard W. Burdick* for respondent.

Orders affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.